AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JASON WRIGHT, for himself and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JJA PARTNERS HOLDCO INC. d/b/a PROFORCE PEST CONTROL, a Foreign Profit Corporation, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    0:26-cv-61055-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   JJA PARTNERS HOLDCO INC. d/b/a PROFORCE PEST CONTROL
c/o C T CORPORATION SYSTEM, Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Corey L. Seldin, Esq.
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, FL 33324
954-807-7765
Cseldin@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Apr 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts